| | |
|---|---|
| 1 | NICHOLAS A. TRUTANICH<br>United States Attorney |
| 2 | District of Nevada<br>Nevada Bar Number 13644 |
| 3 | KEVIN D. SCHIFF<br>Assistant United States Attorneys |
| 4 | 501 Las Vegas Blvd. South, Suite 1100<br>Las Vegas, Nevada 89101 |
| 5 | PHONE: (702) 388-6336<br>kevin.schiff@usdoj.gov |
| 6 | *Attorney for Plaintiff United States of America* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA, )
                                       ) Case No.: 2:18-cr-00061-RFB-NJK-1
       Plaintiff,               )
                                       )
  vs.                       ) **PETITION FOR WRIT OF HABEAS**
                                     ) **CORPUS AD PROSEQUENDUM FOR**
                                     ) **JUSTIN HAYWARD**
JUSTIN HAYWARD,           ) **#54653-048**
                                     )
       Defendant.            )

The petition of the United States Attorney for the District of Nevada respectfully shows that JUSTIN HAYWARD, is committed by due process of law in the custody of the Warden, USP LOMPOC, CA 93436, that it is necessary that the said JUSTIN HAYWARD be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said JUSTIN HAYWARD may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on January 8, 2020 at the hour of 11:00 A.M. for status conference from time to time and day to day thereafter until excused by the said Court.

That the presence of the said JUSTIN HAYWARD before the United States District Court on or about January 8, 2020, at the hour of 11:00 A.M. for status conference and from

time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, USP LOMPOC, CA 93436, and to the United States Marshal for the District of Nevada, commanding them to produce the said JUSTIN HAYWARD before the United States District Court on or about January 8, 2020, at the hour of 11:00 A.M. for status conference and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, USP LOMPOC, CA 93436.

Respectfully Submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *KEVIN D. SCHIFF*
KEVIN D. SCHIFF
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,  )
                           )  Case No.: 2:18-cr-00061-RFB-NJK-1
    Plaintiff,             )
                           )
    vs.                    )  **ORDER FOR ISSUANCE OF**
                           )  **WRIT OF HABEAS CORPUS**
                           )  **AD PROSEQUENDUM FOR**
JUSTIN HAYWARD,            )  **JUSTIN HAYWARD**
                           )
    Defendant.             )
                           )

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said JUSTIN HAYWARD before the United States District Court at Las Vegas, Nevada, on or about January 8, 2020, at the hour of 11:00 A.M., for status conference and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: <u>December 19</u>, 2019

_____
UNITED STATES MAGISTRATE JUDGE