RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Justin Hayward

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JUSTIN HAYWARD,<br><br>        Defendant. | Case No. 2:18-cr-00061-RFB-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Justin Hayward, that the Preliminary Hearing currently scheduled on December 3, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

      This Stipulation is entered into for the following reasons:

      1.    Because of the Holidays, defense counsel has been unable to discuss the preliminary hearing with Mr. Hayward. As a result, defense counsel needs additional time to discuss the preliminary hearing and determine whether the preliminary hearing will go forward.

      2.    The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the preliminary hearing.

DATED this 2nd day of December, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>         v.<br><br>JUSTIN HAYWARD,<br><br>                  Defendant. | Case No. 2:18-cr-00061-RFB-NJK<br><br>**ORDER** |

       IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, December 3, 2024 at 4:00 p.m., be vacated and continued to **December 10, 2024, at 4:00 p.m.**; or to a time and date convenient to the court.

       DATED this 3rd day of December, 2024.

_____
UNITED STATES MAGISTRATE JUDGE