RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Justin Hayward

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JUSTIN HAYWARD,<br><br>            Defendant. | Case No. 2:18-cr-00061-RFB-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Sigal Chattah, First Assistant United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Justin Hayward, that the Revocation Hearing currently scheduled on December 4, 2025, be vacated and continued to December 8, 2025 at 1:15 p.m.

This Stipulation is entered into for the following reasons:

1.  Counsel for the defendant will be out of the district during the scheduled hearing date.

2.  The defendant is out of custody and agrees with the need for the continuance.

3.  The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 18th day of November, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General of the United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Robert Knief<br>ROBERT KNIEF<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTIN HAYWARD,<br><br>    Defendant. | Case No. 2:18-cr-00061-RFB-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 4, 2025 at 10:45 a.m., be vacated and continued to ~~December 8, 2025 at 1:15 p.m.~~ December 11, 2025 at 9:00 a.m.

DATED this 19th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE

3