RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Justin Hayward

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>JUSTIN HAYWARD,<br><br>        Defendant. | Case No. 2:18-cr-00061-RFB-NJK<br><br>**STIPULATION TO CONVERT REVOCATION HEARING TO STATUS CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Sigal Chattah, First Assistant United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Justin Hayward, that the Revocation Hearing currently scheduled on December 11, 2025, be converted to a status conference.

This Stipulation is entered into for the following reasons:

1. Mr. Hayward's supervision would expire on December 11, 2025, but for the pending petition alleging that he removed his ankle monitor.

2. The parties wish to appear before the Court on December 11, 2025, to discuss Mr. Hayward's case given the unique events that have unfolded over the past several months.

3.   To the extent that the Court requires a contested revocation hearing to resolve the alleged violation, the parties would jointly request that the contested hearing take place at a later date to be set by the Court.

Accordingly, the parties respectfully request that the Court convert the revocation hearing set for December 11, 2025, at 9 AM, to a status conference.

DATED this 3rd day of December, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General of the United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN HAYWARD,<br><br>　　　　Defendant. | Case No. 2:18-cr-00061-RFB-NJK<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 11, 2025 at 9:00 a.m., is converted to a status conference.

　　DATED this 3rd day of December, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE